UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| In the Matter of:<br>PAPA'S GIRL, LLC<br>   Debtor | ) ) ) ) | Chapter 11<br>Case No.: 19-02897-5-SWH |
| PAPA'S GIRL, LLC,<br>   Plaintiff,<br>v.<br>ROBERTO BAUTISTA,<br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No:<br>_____ |

**VERIFIED COMPLAINT**

Plaintiff Papa's Girl, LLC (the Plaintiff"), complaining of Defendant Roberto Bautista (the "Defendant"), alleges and says as follows:

**JURISDICTION**

1. This adversary proceeding relates to the Chapter 11 bankruptcy case of Papa's Girl, LLC, Case Number 19-02897-5-SWH filed with the United States Bankruptcy Court for the Eastern District of North Carolina on June 25, 2019 (the "Petition Date").

2. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, 151, 157, and this matter is a core proceeding pursuant to 28 U.S.C. § 157. The Court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

**IDENTIFICATION OF PARTIES**

3. The Plaintiff is a Limited Liability Company formed and existing under the laws of the State of North Carolina with its office in Beaufort, North Carolina.

4. Upon information and belief, the Defendant is a citizen and resident of 201

1

Clairmont Way, Apartment A, Yorktown, Commonwealth of Virginia.

**FIRST CLAIM FOR RELIEF**
**(Turnover; 11 U.S.C. §§ 541, 542)**

5. The Plaintiff leases a fishing vessel, known as Papa's Girl ("Papa's Girl"), and the limited entry commercial fishing and scalloping permits attached to the vessel from Trawler Master Braxton, Inc. (the "Permits") via an oral year to year lease. The Permits are attached hereto and incorporated by reference as **EXHIBIT A.** As of the Petition Date, the lease remained unexpired and the Plaintiff is current on all obligations under the lease.

6. On or about June 11, 2019, a Verified Complaint bearing Case No. 4:19-cv-00061-RBS-DEM was filed in the United States District Court for the Eastern District of Virginia, Newport News Division by Defendant Robert Bautista related to alleged personal injuries suffered aboard Papa's Girl (the "Complaint").

7. On or about June 11, 2019, an Order for Issuance of Warrant for Maritime Arrest was entered by the United States District Court for the Eastern District of Virginia and subsequently, the United States Marshall Service seized and took control of Papa's Girl and the Permits. The writ was executed on or about June 11, 2019 and Papa's Girl is currently being held in Newport News, Virginia.

8. On or about June 11, 2019, an Order Appointing Substitute Custodian was entered by the United States District Court for the Eastern District of Virginia appointing Bob Tomey and National Maritime Services as substitute custodian of Papa's Girl.

9. As the sole maritime vessel used by the Plaintiff, Papa's Girl and the Permits are critical to its commercial fishing operation and are an integral part of the Debtor's plan to reorganize.

10. Papa's Girl is used by the Plaintiff in its commercial scalloping operation, and this is a critical time for the Plaintiff. The Plaintiff asserts that it will lose significant profits for each

2

day the vessel is not engaged in commercial fishing operations, severely affecting the Plaintiff's ability to reorganize.  The Plaintiff further asserts that will also risk losing its allocated scallop quota for 2019-2020 issued by the National Marine Fisheries Service.

11.  The Plaintiff's leasehold interest in Papa's Girl and the Permits constitutes property of the bankruptcy estate pursuant to 11 U.S.C. § 541(a)(1), and as such property of the bankruptcy estate is also subject to an order for turnover pursuant to 11 U.S.C. § 542.

12.  As the United States Supreme Court noted, in its drafting, "[t]he House and Senate Reports on the Bankruptcy Code indicate that § 541(a)(1)'s scope is broad." U.S. v. Whiting Pools, Inc., 462 U.S. 198, 204-205 (1983).  Its breadth encompasses, "all kinds of property, including tangible or intangible property." H.R. Rep. No. 95-595, 95th Congress, 1st Sess. 367 (1977), reprinted in App. 2 Collier on Bankruptcy, II. H.R. Rep. 595 at 367 (15th ed. 1991).  And, "[c]ontractual rights are intangible property which is included within the definition of the estate of the debtor."  Cohen v. Drexel Burnham Lambert Group, Inc., 138 B.R. 687, 702 (Bankr. S.D.N.Y. 1992) (citing In re Chateauguay Corp., 116 B.R. 887, 898 (Bankr. S.D.N.Y. 1990)).

13.  Entry of a specific Order directing turnover of Papa's Girl and the Permits is necessary to protect the interest of the Debtor's Bankruptcy Estate.

## SECOND CLAIM FOR RELIEF
**(Equitable Relief)**

14.  The allegations of paragraphs 1 through 13 above are realleged and incorporated by reference as if fully set forth herein.

15.  Plaintiff is entitled to a preliminary injunction allowing Plaintiff to operate the Papa's Girl and use the Permits in its commercial fishing operation pending resolution on the merits.

16.  In seeking a preliminary injunction the Plaintiff, "must demonstrate that (1) that

[it] is likely to succeed on the merits, (2) that [it] is likely to suffer irreparable harm in the absence of preliminary relief, (3) that the balance of the equities tips in [its] favor, and (4) that an injunction is in the public interest." League of Women Voters, *et al* v. State of North Carolina, *et al*, 769 F.3d 224, 236 (4th Cir. 2014) (citing Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 129 S.Ct. 365 (2008).

17. If Papa's Girl continues to be held in Virginia, and Plaintiff is unable to utilize this property in its commercial fishing operation, Plaintiff's Estate will suffer immediate and irreparable harm. The Debtor's Estate will be unable to receive the full benefit of its Permits and the Debtor will be unable to generate sufficient income to pay its expenses.

18. Defendant will not be harmed by an immediate order of this court releasing Papa's Girl and the Permits to Plaintiff pending a final determination of the Plaintiff's liability under the issues raised in the Complaint. Alternatively, the harm to Plaintiff and Plaintiff's creditors substantially outweighs any potential harm to Defendant.

19. Plaintiff is likely to succeed in its defense of the claims brought in the Complaint.

20. Immediate release of the Papa's Girl and the Permits will not adversely affect the public interest but, rather, will promote the public interest in protecting the creditors of the Plaintiff's estate.

21. Plaintiff is further entitled to a permanent injunction, upon resolution on the merits, allowing Plaintiff to operate Papa's Girl and use the Permits in its commercial fishing operation.

22. Pursuant to Rule 7065 of the Bankruptcy Rules and Rule 65(b) of the Federal Rules of Civil Procedure, attorneys for Defendant have been advised of the Plaintiff's complaint and their request for a temporary restraining order and has further been advised that a hearing has been scheduled on this matter for 11:00 a.m. on Tuesday, July 2, 2019, at the United States

Bankruptcy Court in the Alton Lennon Federal Courthouse - Courtroom #3 in Wilmington, North Carolina.

WHEREFORE, the Plaintiff prays of the Court the following:

1. That the Court enter an immediate order directing that Papa's Girl and Permits be turned over to the Plaintiff;

2. That the Court issue an immediate temporary restraining order releasing Papa's Girl and allowing Plaintiff to operate Papa's Girl and use the Permits in its commercial fishing operation;

3. That the Court issue a preliminary injunction allowing Plaintiff to operate Papa's Girl and use the Permits in its commercial fishing operation pending resolution of the issues raised in the Complaint;

4. That the Court issue a permanent injunction, upon resolution on the merits, allowing Plaintiff to operate Papa's Girl and use the Permit in its commercial fishing operation; and

5. For such other and further relief as to the Court seems just and proper.

This the 26th day of June, 2019.

>s/Clayton W. Cheek
> CLAYTON W. CHEEK
> N.C. State Bar No. 30590
> GEORGE MASON OLIVER
> N.C. State Bar No. 26587
> THE LAW OFFICES OF
> OLIVER & CHEEK, PLLC
> PO Box 1548
> New Bern, NC 28563
> 252-633-1930
> 252-633-1950 (fax)
> Email: clayton@olivercheek.com
> *Attorneys for Debtor/Plaintiff*

## VERIFICATION

GARLAND CHRISTOPHER FULCHER, first being duly sworn, deposes and says that he is authorized to execute this Verification on behalf of Papa's Girl, LLC, a Plaintiff in this action; that he has read the foregoing Verified Complaint, and knows the contents thereof, and that the same is true of her own knowledge, except as to the matters therein stated upon information and belief, and as to those, he believes it to be true.

_____
Garland Christopher Fulcher

I, Kathryn F. Williams, a Notary Public of Craven County, State of North Carolina, do hereby certify that GARLAND CHRITOPHER FULCHER (the "Signatory") personally appeared before me this day and acknowledged the execution of the foregoing instrument.

I certify that the Signatory personally appeared before me this day and

*(check one of the following)*

____ I have personal knowledge of the Signatory; *or*

✓ I have seen satisfactory evidence of the Signatory's identity by a current state

or federal identification with the Signatory's photograph in the form of:

✓ a driver's license *or*

____ in the form of _____; *or*

____ a credible witness has sworn to the identity of the Signatory.

The Signatory acknowledged to me that he has voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated.

Sworn and subscribed before me this 26th day of June, 2019.

_____
Notary Public

KATHRYN F. WILLIAMS
Notary Public, North Carolina
Craven County
My Commission Expires
1/16/2024

Printed Name: Kathryn F. Williams

My Commission expires: 1/16/2024

# National Marine Fisheries Service

## NMFS vessel/fishery data as of April 11, 2019, 4:05 pm

Disclaimer: The information contained on this site does not guarantee that these permits can be renewed or applied for in the future. This information is advisory only and does not represent the baseline information for any vessel, which includes limited access scallop or Northeast multispecies vessel baseline information, used to determine vessel upgrade or replacement eligibility. The National Marine Fisheries Service shall not be held liable for losses caused by use of this information. The National Marine Fisheries Service reserves the right to make a final determination regarding vessel eligibility for any permit.

**Most Recent Vessel Data**

**Vessel:** PAPAS GIRL
Northeast Federal Fishery Permit: 410577
US Coast Guard Doc #/State Registration # : 1102373
Primary Owner|Corporation Name: TRAWLER MASTER BRAXTON INC
Address:
PO BOX 250
ORIENTAL, NC 28571
Phone: (252) 249-0123

Hailing Port: BEAUFORT, NC.
Principal Port: BEAUFORT, NC.

Sector: Not in a Sector

**Most Recent Northeast Federal Fishery Permit Data**

| Permit Year | Plan | Category | Description | Start Date | End Date |
|---|---|---|---|---|---|
| 2019 | BLU | 1 | BLUEFISH - COMMERCIAL - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | DOG | 1 | SPINY DOGFISH - COMMERCIAL - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | FLS | 1 | SUMMER FLOUNDER - COMMERCIAL MORATORIUM - 2019 | 01-MAY-19 | 30-APR-20 |

**EXHIBIT A**

| Year | Code | Cat | Description | Start | End |
|---|---|---|---|---|---|
| 2019 | HRG | D | HERRING - OPEN ACCESS - POSSESSION LIMIT - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | MNK | E | MONKFISH - INCIDENTAL CATEGORY E - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | MUL | J | NE MULTISPECIES - SCALLOP POSSESSION LIMIT - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | OQ | 6 | OCEAN QUAHOG - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | RCB | A | RED CRAB - OPEN ACCESS - INCIDENTAL BYCATCH - 2019 | 01-MAR-19 | 29-FEB-20 |
| 2019 | SC | 2 | SCALLOP - LIMITED ACCESS - FULL-TIME - 2019 | 01-APR-19 | 31-MAR-20 |
| 2019 | SCP | 1 | SCUP - COMMERCIAL MORATORIUM - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | SF | 1 | SURF CLAM - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | SKT | 1 | SKATE - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | SMB | 3 | SQUID/BUTTERFISH - INCIDENTAL - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | SMB | 4 | ATLANTIC MACKEREL - 2019 | 01-MAY-19 | 30-APR-20 |
| 2019 | TLF | 1 | TILEFISH - COMMERCIAL/INCIDENTAL - 2019 | 01-MAY-19 | 30-APR-20 |